IN THE U.S. DISTRICT COURT OF THE STATE OF MARYLAND

MATTHEW JONES,  )
              )
       Plaintiff,  )
              )
v.            ) C.A. No. GLR 23CV 2928
              )
F M DILL FARMS,   )
              )
              )
              )
       Defendants.  )TRIAL BY JURY DEMANDED

**COMPLAINT**

COMES NOW, the Plaintiff, MATTHEW JONES, and complains of the Defendants, as follows, to wit:

1. Plaintiff, MATTHEW JONES, is a citizen of the State of Delaware, presently having an address of 11366 Sussex Highway, Greenwood Delaware, 19950.

2. Defendants, FM DILL FARMS are a residence and agricultural business in the State of Maryland, located at 24530 Porters Grove Road, Worton, MD 21678.

3. *Complaint~* The Police coloured Brown Black Americans who have filled every second of every minute of every hour of every day of every week

1

of every month of every year of every decade of my life with murderous threats, disease contagion, and isolation from all but their race begin their travels here in groups of eighty each from Dill Farms in Maryland every day. Some depart the farm with large duffel bags stuffed with $20, $50, and $100 bills. They are religious believers in a shared belief with Dill Farms that Ja is God and there will be No Survivors on Earth besides the Brown Black and Black races. From Dill farms they take several routes, picking up comrades to commit infanticide, disease spreading, anal rape, shooting murder, stabbing murder, bludgeoning, sexual slavery, forced pregnancy, torture, conditioning, make false arrests, steal more identities, falsify personal information, file frivolous lawsuits, and make cocaine and marijuana sales and purchases. As they enter Delaware, they take route to either Dill Auctions in Wyoming, Fifer Orchards in Camden, New Street in Dover, around Wesley College in Dover, to the raceway casinos in Harrington, Dover, and Christiana, around Trinity Episcopal Parish on North Adams Street in Wilmington, in the townhouses by KFC restaurant on Union Street in Wilmington, Walkers Mill Mobile Home Park in Bridgeville, Camelot Meadows in Rehoboth Beach, Colonial East in Rehoboth Beach, Jefferson Apartments in Lewes, Jefferson Road in Milton, West Rehoboth Beach, Coverdale, Mariner's Cove in Long Neck,

or the American Legions in Harrington, Lewes, and Long Neck, Delaware. All of the people leaving Dill Farm for these new destinations are Brown Black. They all have deals to make for DNA to alter their skin tone and color to commit murder suicide with a religious hope to be revived and do it again and again. They are all murderers. The murder in them is plainly seen in their first face, which resembles a peach with a cleft through it or a butt. After being cursed with this face through murder, they acquired 5 or more other faces by murdering others and acting out their identity and stealing their persona. Leaving Dill Farms, each has the Delaware Driver's Licence of at least three of his and her murder victims. They live in unisex. They unite and join the State and or local police in Wilmington, New Castle, Dover, Camden-Wyoming, Milford, Harrington, Greenwood, Bridgeville, Seaford, Georgetown, Lewes, Rehoboth Beach, Dewey Beach, Millsboro, and Long Neck. After they are morbidly wounded, while still under the influence of their DNA they come to my residence as my legally decided birth mother Linda C. Jones in identity. The police remained on call for Linda to aid him and her in their combined murder attempts of me. They populate this area in a 100% way and are nearly every single person. They kill everyone in every skin colour other than theirs. Their woman's tits point to the ground

and are at least partially deflated. Many of the females (or bigender) are flat chested, and can more easily share their identities with the males. A large group travels with Linda and fills the houses around this residence on US Highway 13. They all have sullen faces. They have removed the skin from their faces with the MRSA disease and covered the MRSA with acne. This has given them the slang nickname Sully. They removed their facial skin because while committing a murder recently, looking like their murder victim as they killed someone or more, they became afraid that they have been identified and are being followed. They removed their facial skin for anonymity to continue their murderous ways. Linda, our Sully neighbours, and the State and local police came into my life in 1986 when I was a newborn infant. They combined to rape me more than 9 times a day in my first year of life. I died once every 3 days on average in my first year, and more often as I aged into a toddler. I was raised from the dead after each fatal rape by the medicines made from 250 year old trees and the plants that only grow around them. After being raised, normally by a Sussex County hospital or my paediatrician Dr. Luis David, I was returned to Linda and Linda's legally identified as birth family. When an outcry was made on behalf of mein and other races, the police and the rest of Linda's Wight gang decided to put me on tour for

anal prostitution. My legal identity cousins had briefly run away with me and sold me in prostitution throughout all of the Northern states. My legal identity uncle included me in his marriage ceremony and offered me sexually to the bride's family and law enforcement in the State of New York. Following his wedding in 1988, Linda, the Wight gang, and the Delaware police decided to more elaborately tour me on dates for anal rape and more. They took me on a roadtrip with appointments throughout the whole North again. Then, when we were nearly back to Delaware, they turned West through the States of Maryland, West Virginia, Ohio, Indiana, and Illinois. In Chicago, Discover Bank funded Linda and other Police Wight gang members with unlimited credit cards that had the option of $250,000 cash withdrawals. Linda kept this credit card until it was cut up by a floating boat seaford dining restaurant in Seaford in 1993. From Illinois my anal rape and torture scheduled plans continued driving north through Iowa, Minnesota, Wisconsin, and Michigan then returned to Delaware. I started Kindergarten in 1991. Linda started teaching Kindergarten in the same school district in 1992. Linda started teaching first grade in 1993. I graduated in 2004. I dropped out of the University of Delaware in 2005. Linda was declared disabled in 2005 and did not resume teaching. He/She retired. Every Christmas break of my school

years included a late night violent police raid that anally and orally raped me, beat me, conditioned me, and left me hospitalized with HIV symptoms and risk of catching the disease until nearly New Year's Eve. We did not know a lot about AIDS at this time. My illness and my amnesia continued every year into the warm months of Spring. When I won the President's Academic Award in 1998, the Superior Court in Georgetown ruled that it was more deserved to a classmate who had not completed the entire entry and worked with herself and others in a group. When I lost my virginity to the toothed women in the area who gave their lives to visit me as a large group so I didn't die a virgin, two boneyards of Brown Black bodies died in, on, and around my house and property. Millions of Brown Blacks and Police Blacks on DNA died in that fort night trying to prevent me from losing my virginity and rape, torture, condition, and murder the women who came to save me. Their bodies teleported to and filled the landfills in Milford and Millsboro. I was shot in several places on four different occasions in the years 1999 and 2000 when I was working as a political aid to State Senator Thurman Adams and State Representative Benjamin Ewing. Two of the shooters were Delaware State Police officers in uniform, and Linda C. Jones. Linda has never had to leave my residence by the will of law enforcement and the

6

Judicial Branch of Government. The State Police have never been closed for any amount of time, or lost any authority. Following daily police robberies and shootings of the Greenwood Trust Bank on Main Street in my hometown, it closed. The building was briefly used by the Mayor and Town Council, but they fell victim to the police shootings as well. It has since been inhabited by the police and is falsely named "Town Hall and" Police Department. As the police were inhabiting the former site of Greenwood Trust Bank, Discover Bank opened a mile away or so in Greenwood in the median of the US 13 North and South bound highway. When I graduated, my graduation was disputed by law enforcement. As I dropped out of school in the Spring and Fall of 2005, I was arrested and hospitalised at a traffic stop in Milford. The Milford Police transported me to the Camden State Police barracks, and then to St. Jones Behavioral Health hospital in Dover. There they instructed the front desk that they wanted me held indefinitely for schizophrenia. The staff obeyed them and I was hospitalised inpatient and outpatient with schizophrenia for six weeks on my first visit. Schizophrenics have a major lack of dopamine in their brain that can be seen on an MRA dye exam. Hallucinations, delusions, grossly disorganised behaviour, poor hygiene, illiteracy, telepathic beliefs, catatonia, wasting, and thought broadcasting are the

symptoms of schizophrenia. A person must have two of these listed symptoms to be diagnosed schizophrenic. It is a very rare disease that I remember reading about in school. According to my textbooks, debatably no one has ever had this disease and been treated for it. Since being diagnosed, I have been hospitalised 20+ times for no less than two weeks. I have been recurrently prescribed and Court ordered to take medications that have four times previously given me heart disease. My car has been ticketed and stopped and searched no less than 30 times while driving. When I tried to return to school at first in 2009, I told the Commissioner at my Court Ordered Medication Hearings in the Superior Court. The Commissioner contacted the Court and instructed that I be withdrawn. When I returned to school in 2018, I kept my student status a secret to my Court appointed doctor and the Commissioner until I was near my two year graduation. They again contacted the school to have me removed, but this time Del Tech refused. I graduated in 2020 with an Associates degree in Legal Studies. I graduated in 2022 with an Associates degree in General Sciences. I am currently studying Information Technology and Networking and beginning my second year. I was a passed around sex doll of my family until I was tall enough to fight them. I died many times from anal rapes, beatings, and poisonings and was resurrected by the

medicines made from 250 year old trees and the plants that only grow around them, around 1000 times. Sewardly Brown Black Americans are living as identity thieves. Identity thieves is a crime term coined in the United States for how all Brown Black people live. Identity thieves are murderers who live in their victim's face, speak with their voice, and possess the legal records of their victims. At least one of their identities is a police officer. At least one of their identities is a Wight gang member. The Wight gang is about ten thousand years old. It coincides with the Silk Road making DNA available for sale to Brown Blacks in Africa, the Asian border, and unanimously populating all of the Mediterranean countries. It is a group of 80-83 Brown Black men and women identities and a larger number of male and female police who say they are White in attempts to murder White people. They take Havlicek DNA combined with lobster DNA to have a White appearance for a brief time. I am White with a slight amount of Niggardly Black in me. If I am descended from one country it would be India, Indian type. The police uniform is famous for the frivolous lawsuits and racist, pedophilic, genocides and raids in Africa, France, and Dill Farms. The police uniforms are poisonous one-piece tear-away uniforms, and their deadly metallic bullet proof vests that separately covered their torso and their genitals both kill

the wearer by contacting the skin in less than 6 hours at the longest. As they raped, the Defendants began throwing me, never leaving my ass and mouth, penetrating me with hands and gloves, batons, guns, penises, and other objects. I blacked out, lost consciousness, many times over the long minutes of rape that turned into hours and remain a constant threat. I was made to swallow poop and pee, garbage, and solid objects. The rapes gave me a fatally high heart rate that was short term, an erratic heart beat that skipped from too high to too low, that lasted the rest of my life. They caused me to hyperventilate, gave me diarrhoea, caused me to have muscle cramps, gave me nausea and stomach pain, put me at contagious diseases risks, and gave me a fever. I did nothing to provoke the anal and oral rapes. Anal rape caused me to have many bouts with heart disease, diabetes risks, significant weight gain, hair loss, pneumonia, the influenza, and caused me to contract Human Pappilloma Virus. I have visited the local area pools to exercise 3 days per week since 2013. I do 1000 reps of the crab swim in a half an hour each day. I have lost hundreds of pounds but still have more to lose. I still have belly fat. In the beginning, I could not touch the front of my stomach. They have threatened many times that they are law enforcement and that they are all of the United States population. I became afraid realising that this is true.

It is true of the whole population that lives near roadways, as I've seen them, since the early 1990s.

4. The Defendants acted in a violation of my rights under *42 U.S.C. S 1983:* Anyone under colour of law who causes or subjects anyone in U.S. jurisdiction to the deprivation of any *Constitutional* rights shall be liable to the injured party in an action of law. The *14th Amendment* makes the *8th Amendment* applicable to the States. The *8th Amendment* protects me from cruel and unusual punishments which includes deliberate indifference to serious medical needs. Deliberate indifference, defined in *Estelle v. Gamble, 429 U.S 97 (1976)* is the unnecessary and wanton infliction of pain. In *Johnson v. Connections 196 A. 3d 412* a serious medical need is defined as one that has been diagnosed by a doctor or one so obvious that a layperson could recognize it and the need for a physician's attention. In *Lindsey v. Brady 537 F Supp 2d 666,* a serious medical need was one defined as a medical need that failure to treat could lead to serious injury, death. The Defendants showed deliberate indifference to my health, my survival, my human rights, and my rights as a citizen of the United States of America.

5. The elements of negligence are: duty of care, breach, causation, and damages. The Defendants owe a duty of care to understand what injurious life-threatening actions are. The Defendants breached this duty of care by prescribing life altering, life ending brutality to the Plaintiff who needed aid and had committed no crime. The Defendants committed a breach by committing battery and anal rape. Anal rape is murder. The Defendants committed a breach by wounding me and offering me no treatment for my existing wounds and illnesses. The Defendants are the causation of the Plaintiff's continued suffering for existing wounds and illnesses and new suffering and life threatening ailments from my treatment. The defendants are the causation of suffering to the Plaintiff's reputation, and ability to socialise. The damages are the deliberate indifference to inflicting and not treating many diagnosed existing wounds and illnesses, the deliberate indifference to treating wounds and illnesses that a lay person can see, and the damage to the plaintiff's legal record, reputation, and public persona.

6. All American citizens, the Plaintiff and the Defendants, have an equal protection of laws and can be sued under the *14th Amendment.*

7. *Delaware Code Title 10 Chapter 40: Tort Claims Act Subsection 4011 Immunity from suit (c):* "An employee may be personally liable for acts

or omissions causing property damage, bodily injury or death in instances in which the governmental entity is immune under this section, but only for those acts which were not within the scope of employment or which were performed with wanton negligence or wilful and malicious intent."

8. *The Federal Tort Claims Act* is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

9. Rape and sexual assault are covered under *10 U.S. Code 920, Art. 120*. This code applies to federal sexual assault and rape, which are referred to as "sexual abuse". *The United States Code* also has a section on rape, *18 U.S.C. §§ 2031-2032*. The punishment for rape and sexual assault is a fine and imprisonment for not less than 30 years or for life.

10. In the *United States Code, Title 10, Subtitle A, Part II, Chapter 47, Subchapter X, Section 920, Article 120*, rape is defined as a sexual act committed by a person subject to this chapter upon another person by using unlawful force against that other person; using force causing or likely to cause death or grievous bodily harm to any person; threatening or placing that other person in fear that any person will be subjected to death, grievous bodily harm, or kidnapping; first rendering that other person unconscious; or administering to that other person by force or

threat of force, or without the knowledge or consent of that person, a drug, intoxicant, or other similar substance and thereby substantially impairing the ability of that other person to appraise or control conduct. The *statute of limitations for rape* under this section is **unlimited.**

11. *10 U.S. Code § 843 - Art. 43. Statute of limitations* reads (a) No Limitation for Certain Offenses.— A person charged with absence without leave or missing movement in time of war, with murder, rape or sexual assault, or rape or sexual assault of a child, maiming of a child, kidnapping of a child, or with any other offense punishable by death, may be tried and punished at any time without limitation.

12. *The U.S. Constitution, Article 3 Section 2* states: "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the

Citizens thereof, and foreign States, Citizens or Subjects. In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make. The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed."

13. *U.S. Constitution, Article 6,* paragraph 2: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

14. The doctrine of '*Respondeat Superior*' is a Latin maxim, which means 'Let the master answer'. This legal maxim makes an employer responsible for the actions of their employee when the actions take place

within the scope of employment. An employer is made responsible or accountable by transferring the liability upon the employer.

15. *Title 18, United States Code, Section 2*, makes it a crime to aid or abet the commission of another crime and provides as follows: (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces, or procures its commission, is punishable as a principal.

16. The Defendants owe the plaintiff duties of care to treat wounds, illnesses and ailments, duties of care to treat wounds illnesses and ailments that even a layperson can see, to do no harm to the plaintiff in his contact with and to use an acceptable reference text in making his diagnosis and identifying his symptoms. The Defendants created a breach by not treating any of the Plaintiff's existing ailments, wounds, or illnesses. The Defendants created a breach by inflicting wounds that have life ending effects on the Plaintiff. The Defendants are the cause of lost time for recovery, pain and suffering, damage to the plaintiff's reputation and legal record, serious life threatening dangers to the plaintiff's health, and undue fear and harassment. The Defendants were negligent, reckless, and/or wanton in that they:

   a. Were negligent in their actions;

    b. Violated the Plaintiff's *8th Amendment* rights;

    c. Violated the Plaintiff's rights under *42 U.S.C. 1983*;

    d. Censored the Plaintiff's *1st Amendment* rights to freedom of speech and freedom of press;

    e. Caused *Assault and Battery* to the Plaintiff;

    f. As a direct and proximate result of the negligent conduct of the Defendants, the Plaintiff suffered bodily injuries in the past and may continue to suffer from such injuries in the future. These actions have caused the Plaintiff, MATTHEW JONES, to suffer great pain and discomfort of the body and mind in the past, and may result in great pain and suffering of the body and mind in the future.

WHEREFORE, the Plaintiff, MATTHEW JONES, demands judgement against the Defendants in the amount of $999,000,000, for compensatory damages, including pain and suffering, and special damages, together with the costs of this action.

                                                          *[signature]*

                                                     Matthew Jones, in pro se

                                                         11366 Sussex Highway

Date: 10/21/2023

10/23/2023 MJ

Greenwood, DE 19950

(302) 396-7319

AzraelLinusSmith@gmail.com